RECEIPT
AMT IN
SUMMONS    No
LOC
U

DATE  3-3-04   Kim Abreu

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. _____

PETER CATINELLA
    Plaintiff,

v.

MAXTOR CORPORATION,
    Defendant

04-10433 MLW

MAGISTRATE JUDGE _____

## NOTICE OF REMOVAL

**TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:**

The defendant in the above-entitled matter, Maxtor Corporation, respectfully states as follows:

1. On or about February 17, 2004, the defendant was served with a Summons, Complaint, Request for Production of Documents, and two Notices of Deposition in the above action of <u>Peter Catinella v. Maxtor Corporation</u> pending in Worcester County Superior Court, Civil Action No. 04-0294C. Copies of the referenced Summons and Complaint are attached hereto as Exhibit A. Defendant has not answered the referenced papers and an Appearance has been filed in the Worcester County Superior Court with a Notice of Filing this Notice of Removal.

2. This Notice of Removal is filed with this Court within 30-days after receipt by the defendant of the initial pleadings setting forth the claims for relief upon which this action is based.

3. Plaintiff is an individual who resides in Framingham, Middlesex County, Massachusetts.

4. Defendant is a corporation organized and existing under the laws of the State of Delaware with a principal place of business in Milpitas, California.

5. The above-described action is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. §1332 and this action may be removed to this Court by the defendant pursuant to the provisions of 28 U.S.C. §1441.

6. This action is removable pursuant to the provisions of 28 U.S.C. §1441 because this is a civil action wherein the amount in controversy exceeds the sum of or value of $75,000, exclusive of interests and costs, and plaintiff and defendant are citizens of different states.

7. The defendant filed a Notice of Filing this Notice of Removal and a copy of this Notice of Removal with the Clerk of the Worcester County Superior Court.

8. The defendant states that there are no Motions pending before the Worcester County Superior Court to its knowledge.

9. Pursuant to Local Rules 81.1(a), the defendant requested that the Clerk at the Worcester County Superior Court certify or attest copies of all records or proceedings filed in the State Court and all docket entries therein, with the same to be filed with this Court within 30-days.

WHEREFORE, the defendant, in the above action, now pending in Worcester County Superior Court, prays that such action be removed to this Court.

Date: March 3, 2004                Respectfully submitted,

By: _____
N. Kane Bennett of
**HALLORAN & SAGE, LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
BBO# 636731
Attorney for the Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record of each party on March 3, 2004.

Robert S. White, Esq
**Bourgeois, Dresser, White & Beard**
4 Dix Street
Worcester, MA 01609
BBO #552229
Tel. (508) 798-8801

N. Kane Bennett, Esq.
Halloran & Sage, LLP
BBO #636731

519236.1(HSFP)