IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. _____

PETER CATINELLA
    Plaintiff,

v.

MAXTOR CORPORATION,
    Defendant

APPEARANCE OF COUNSEL

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

The undersigned hereby gives notice of his Appearance as counsel for the defendant, **Maxtor Corporation**, in the above-captioned matter.

Date: March 3, 2004

Respectfully submitted,

By: _____
N. Kane Bennett of
**HALLORAN & SAGE, LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
BBO# 636731
Attorney for the Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record of each party on March 3, 2004.

Robert S. White, Esq
**Bourgeois, Dresser, White & Beard**
4 Dix Street
Worcester, MA 01609
BBO #552229
Tel. (508) 798-8801

_____
N. Kane Bennett, Esq.
Halloran & Sage, LLP
BBO #636731

519248.1

519248.1(HSFP)