**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

CIVIL ACTION NO. _____

PETER CATINELLA
          Plaintiff,      :

                       :      **04- 10 4 MLW**

v.                    :

                       :

MAXTOR CORPORATION,     :
          Defendant      :

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), the undersigned attorney, who is a member of the bar of this court, hereby respectfully moves the Court to permit Jonathan C. Sterling, Esq. of the law firm of Halloran & Sage LLP, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103, to appear pro hac vice and to represent the defendant, Maxtor Corporation, in all respects of this case, including trial. In support of this motion, the undersigned states the following:

    1.      Jonathan C. Sterling was admitted to practice law in the state of Connecticut in 2002. He was also admitted to practice before the United States District Court for the District of Connecticut in 2003.

    2.      Jonathan C. Sterling has not been denied admission or disciplined in accordance with Local Rule 85.5.3 by any court.

    3.      The undersigned states that he has conferred with Jonathan C. Sterling and that he understands and believes that Mr. Sterling has read, and is

familiar with, the Local Rules of the United States District Court for the District of Massachusetts.

4.      Additionally, the undersigned respectfully states that he understands and believes that Jonathan C. Sterling and the law firm of Halloran & Sage LLP has a specialized knowledge of the defendants' affairs which is important to the defense of this action.

5.      Finally, a signed affidavit of Jonathan C. Sterling is attached hereto as Exhibit A in support of this motion for the Court's convenience and consideration.

WHEREFORE, the undersigned respectfully moves this honorable Court to allow Jonathan C. Sterling, Esq., to appear and to participate in this action pro hac vice, in all respects, and at trial.

## REQUEST FOR ORAL ARGUMENT

The defendants respectfully request oral argument of this motion.

Date:  March 3, 2004

Respectfully submitted,

By:_____
N.  Kane Bennett of
**HALLORAN & SAGE, LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
BBO# 636731
Attorney for the Defendant

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

The undersigned attorney certifies that prior to filing the present motion, he conferred with plaintiff's counsel, Mr. Robert S. White, by telephone and attempted in good faith to narrow or resolve this issue. The undersigned has determined that Attorney White does not object to this motion.

_____
N. Kane Bennett

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record of each party on March 3, 2004.

Robert S. White, Esq
**Bourgeois, Dresser, White & Beard**
4 Dix Street
Worcester, MA  01609
BBO #552229
Tel. (508) 798-8801

_____
N. Kane Bennett, Esq.
Halloran & Sage, LLP
BBO #636731

521493.1(HSFP)