IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10433

PETER CATINELLA
    Plaintiff,

v.

MAXTOR CORPORATION,
    Defendant

## AFFIDAVIT OF JAMES M. SCONZO

I, James M. Sconzo, Esq., depose and state the following:

1. I am a partner with the law firm of Halloran & Sage LLP, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103.

2. I was admitted to practice law in the state of Connecticut in 1989. I was also admitted to practice before the United States District Court for the District of Connecticut in 1990, before the United States Court of Appeals for the Second Circuit in 1992, and before the United States District Courts for the Southern, Eastern, Northern, and Western Districts of New York in 1997.

3. There are no disciplinary proceedings against me in any jurisdiction.

4. I have never been reprimanded, suspended, placed on inactive status, disbarred nor resigned from the practice of law in any jurisdiction.

5. I am associated in this matter with N. Kane Bennett, of the law firm of Halloran & Sage LLP, who will serve as local counsel in this matter. Mr. Bennett is admitted to practice law before this Court.

6. I am familiar with the issues presented in this litigation. I have served as employment counsel for the defendant in several matters. I respectfully submit that my participation as counsel in this case will expedite the orderly presentation of evidence and serve the interests of judicial economy.

7. I am familiar with the jurisdictional provisions of Title 28 U.S.C., the Federal Rules of Civil Procedure, and the Local Rules of this Court.

8. Accordingly, I respectfully request that my application to appear <u>pro hac vice</u> be granted.

I certify that the foregoing statements made by me are true and that I am aware that if any of the foregoing statements made by me are willfully false I am subject to punishment.

3/2/04
Date

James M. Sconzo

Sworn to me this 2nd day of March, 2004

_Maureen E. Keating_
Notary Public
My Commission expires: 2/21/04

521537.1(HSFP)