IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. _____

PETER CATINELLA
    Plaintiff,

v.

MAXTOR CORPORATION,
    Defendant

04-10433 MLW

## NOTICE OF PENDING MOTIONS

Counsel for the defendant hereby certifies that at the time this action was removed to this Court, there were no Motions pending with the Worcester County Superior Court in the above-captioned matter, to defendant's knowledge.

Date: March 3, 2004

Respectfully submitted,

By: _____
N. Kane Bennett of
**HALLORAN & SAGE, LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
BBO# 636731
Attorney for the Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record of each party on March 3, 2004.

Robert S. White, Esq
**Bourgeois, Dresser, White & Beard**
4 Dix Street
Worcester, MA  01609
BBO #552229
Tel. (508) 798-8801

_____
N. Kane Bennett, Esq.
Halloran & Sage, LLP
BBO #636731

519259.1(HSFP)