FILED
IN CLERKS OFFICE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**   2004 MAR -8  P 1: 12

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| PETER CATINELLA : | CIVIL ACTION NO. 04-10433MLW |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| MAXTOR CORPORATION, : | |
| Defendant : | MARCH 8, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7.1(B)(1) and Federal Rule Civ. Proc. 6(b), the defendant, Maxtor Corporation, hereby requests an extension of time of thirty (30) days, up to and including April 9, 2004, within which to file a responsive pleading to the plaintiff's Complaint dated February 13, 2004. As grounds therefore, the undersigned defendant asserts that additional time is necessary in order to prepare a proper response.

In support of this Motion, the undersigned states that it has contacted counsel for the plaintiff, and counsel for the plaintiff has no objection to this Motion. No prior motions for extension of time within which to file a responsive pleading have been filed by the defendant.

**WHEREFORE**, the Plaintiff respectfully requests that the Court grant its Motion for Extension of Time to file a responsive pleading to the plaintiff's complaint.

Respectfully submitted,

By: _____
N. Kane Bennett of
**HALLORAN & SAGE, LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
BBO# 636731
Attorney for the Defendant

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

The undersigned attorney certifies that prior to filing the present motion, he conferred with plaintiff's counsel, Mr. Robert S. White, by telephone and attempted in good faith to narrow or resolve this issue. The undersigned has determined that Attorney White does not object to this motion.

N. Kane Bennett

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record of each party on March 8, 2004.

Robert S. White, Esq
**Bourgeois, Dresser, White & Beard**
4 Dix Street
Worcester, MA  01609
BBO #552229
Tel. (508) 798-8801

N. Kane Bennett, Esq.
Halloran & Sage, LLP
BBO #636731

523191.1(HSFP)