FILED
IN CLERK'S OFFICE

2004 MAR 23 P 12: 33

U.S. DISTRICT COURT
DISTRICT OF MASS.

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER CATINELLA | : CIVIL ACTION NO. 04-10433NMG |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| MAXTOR CORPORATION, | : |
| Defendant | : MARCH 23, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7.1(B)(1) and Federal Rule Civ. Proc. 6(b), the defendant, Maxtor Corporation, hereby requests an extension of time of fifteen (15) days, up to and including April 7, 2004, within which to file its Initial Disclosures requested under Federal Civ. Proc. 26(a)(1). As grounds therefore, the undersigned defendant asserts that additional time is necessary in order to investigate the plaintiff's claims and prepare a proper response.

In support of this Motion, the undersigned states that the counsel for the plaintiff has been consulted, and counsel for the plaintiff has no objection to this Motion. No prior motions for extension of time within which to file initial disclosures have been filed by the defendant.

**WHEREFORE**, the Plaintiff respectfully requests that the Court grant its Motion for Extension of Time to file its initial disclosures.

Respectfully submitted,

By: _____
N. Kane Bennett of
**HALLORAN & SAGE, LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
BBO# 636731
Attorney for the Defendant

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

The undersigned attorney certifies that prior to filing the present motion, the plaintiff's counsel, Mr. Robert S. White, was consulted by telephone and an attempt was made in good faith to narrow or resolve this issue. The undersigned has determined that Attorney White does not object to this motion.

_____
N. Kane Bennett

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record of each party on March 23, 2004.

Robert S. White, Esq
**Bourgeois, Dresser, White & Beard**
4 Dix Street
Worcester, MA 01609
BBO #552229
Tel. (508) 798-8801

_____
N. Kane Bennett, Esq.
Halloran & Sage, LLP
BBO #636731

529564.1(HSFP)