

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PETER CATINELLA | : | CIVIL ACTION NO. 04-10433NMG |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MAXTOR CORPORATION, | : | |
| Defendant | : | APRIL 1, 2004 |

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

The applicant's *pro hac vice* motion having been granted by the Court's Order dated March 19, 2004, the undersigned hereby gives notice of his Appearance as additional counsel for the defendant **Maxtor Corporation**, in the above-captioned matter.

Respectfully submitted,

By:_____
Jonathan C. Sterling of
**HALLORAN & SAGE, LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
Attorney for the Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record of each party on April 1, 2004.

Robert S. White, Esq
**Bourgeois, Dresser, White & Beard**
4 Dix Street
Worcester, MA 01609
BBO #552229
Tel. (508) 798-8801

_____
Jonathan C. Sterling, Esq.
Halloran & Sage, LLP

533725.1(HSFP)