FILED
IN CLERKS OFFICE

2004 APR -9  A 11: 44

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| PETER CATINELLA | : | CIVIL ACTION NO. 04-10433MLW |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MAXTOR CORPORATION, | : | |
| Defendant | : | APRIL 9, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7.1(B)(1) and Federal Rule Civ. Proc. 6(b), the defendant, Maxtor Corporation, hereby requests an extension of time of five (5) days, up to and including April 14, 2004, within which to file a responsive pleading to the plaintiff 's Complaint dated February 13, 2004.  As grounds therefore, the undersigned defendant asserts that additional time is necessary in order to prepare a proper response.

In support of this Motion, the undersigned states that he has contacted counsel for the plaintiff, and counsel for the plaintiff has no objection to this Motion. This is the defendant's second motion for extension of time within which to file a responsive pleading.

**WHEREFORE**, the Plaintiff respectfully requests that the Court grant its Motion for Extension of Time to file a responsive pleading to the plaintiff's complaint.

Respectfully submitted,

By:_____

Jonathan C. Sterling of
**HALLORAN & SAGE, LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
Attorney for the Defendant

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

The undersigned attorney certifies that prior to filing the present motion, he conferred with plaintiff's counsel, Mr. Robert S. White, by telephone and attempted in good faith to narrow or resolve this issue.  The undersigned has determined that Attorney White does not object to this motion.

_____
Jonathan C. Sterling

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record of each party on April 9, 2004.

Robert S. White, Esq
**Bourgeois, Dresser, White & Beard**
4 Dix Street
Worcester, MA  01609
BBO #552229
Tel. (508) 798-8801

_____
Jonathan C. Sterling, Esq.
Halloran & Sage, LLP

536956.1(HSFP)