

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PETER CATINELLA : | CIVIL ACTION NO. 04-10433NMG |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| MAXTOR CORPORATION, : | |
| Defendant : | APRIL 9, 2004 |

### MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7.1(B)(1) and Federal Rule Civ. Proc. 6(b), the defendant, Maxtor Corporation, hereby requests, *nunc pro tunc*, an extension of time of seven (7) days, up to and including April 14, 2004, within which to file its Initial Disclosures requested under Federal Civ. Proc. 26(a)(1). As grounds therefore, the undersigned defendant asserts that additional time is necessary in order to investigate the plaintiff's claims and prepare a proper response.

In support of this Motion, the undersigned states that the counsel for the plaintiff has been consulted, and counsel for the plaintiff has no objection to this Motion. This is the defendant's second motion for extension of time within which to file initial disclosures.

**WHEREFORE**, the Plaintiff respectfully requests that the Court grant its Motion for Extension of Time to file its initial disclosures.

Respectfully submitted,

By: _____
Jonathan C. Sterling of
**HALLORAN & SAGE, LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
Attorney for the Defendant

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

The undersigned attorney certifies that prior to filing the present motion, the plaintiff's counsel, Mr. Robert S. White, was consulted by telephone and an attempt was made in good faith to narrow or resolve this issue. The undersigned has determined that Attorney White does not object to this motion.

_____
Jonathan C. Sterling

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record of each party on April 9, 2004.

Robert S. White, Esq
**Bourgeois, Dresser, White & Beard**
4 Dix Street
Worcester, MA 01609
BBO #552229
Tel. (508) 798-8801

_____
Jonathan C. Sterling, Esq.
Halloran & Sage, LLP

536953.1(HSFP)