**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| PETER CATINELLA, | : | CIVIL ACTION NO. 04-10433NMG |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MAXTOR CORPORATION, | : | |
| Defendant | : | MAY 11, 2004 |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41 (a) (1) (ii), the parties to this action hereby stipulate that all claims of all parties including, if any, all cross claims, counterclaims and third party claims are dismissed without prejudice, without costs, and with each party to bear its own attorney's fees.

The Plaintiff, Peter Cantinella
By his attorney,

By: 

Robert S. White – BBO#: 552229
Bourgeois, Dresser, White & Beard
4 Dix Street
Worcester, MA 01609
Telephone: 508-798-8801

The Defendant, Maxtor Corporation
By its attorney

By: _____
James M. Sconzo-Pro Hac Vice
HALLORAN & SAGE, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Telephone: (860) 522-6103
Facsimile:  (860) 548-0006
E-Mail: sconzo@halloran-sage.com

Dated: May 11, 2004

548598v1

2